IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRACY ELDON LEWIS,

    Petitioner,

v.

DEWAYNE HENDRIX, Warden,

    Respondent.

Case No. 3:21-cv-00651-YY

ORDER

YOU, Magistrate Judge

The Court GRANTS Petitioner's unopposed Motion to Voluntarily Dismiss (ECF No. 23) this case without prejudice.

DATED this 23rd day of June, 2022.

                /s/ Youlee Yim You
                Youlee Yim You
                United States Magistrate Judge

1 - ORDER